**DISMISS and Opinion Filed January 12, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-01008-CV**

**DANIELLE MARSHALL, Appellant**
**V.**
**MATTHEW MARSHALL, Appellee**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-15529**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

The filing fee, docketing statement, and clerk's record in this case have not been filed. By postcard dated November 19, 2021, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated November 19, 2021, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated December 14, 2021, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's

record. We directed appellant to provide, within ten days, verification that she (1) had either paid for or made arrangements to pay for the record, or (2) is entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

211008F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

DANIELLE MARSHALL, Appellant

No. 05-21-01008-CV          V.

MATTHEW MARSHALL, Appellee

On Appeal from the 301st Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-20-15529. Opinion delivered by Chief Justice Burns. Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered January 12, 2022